PROB 12C
(6/16)

Report Date: June 4, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 04, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Lorensa Lori Muniz          Case Number: 0980 2:23CR00044-TOR-1

Address of Offender: ███████████████  Richland, Washington 99352

Name of Sentencing Judicial Officer: The Honorable B. Lynn Winmill, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: August 26, 2020

| | |
|---|---|
| Original Offense: | Distribution of Methamphetamine, 21 U.S.C. § 841(a)(1) |
| Original Sentence: | Prison - 60 months; TSR - 48 months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | TBD |
| | Date Supervision Commenced: March 30, 2023 |
| Defense Attorney: | TBD |
| | Date Supervision Expires: March 29, 2027 |

## PETITIONING THE COURT

To issue a summons.

On March 30, 2023, Ms. Muniz began her term of supervised release. A U.S. Probation Officer reviewed with Ms. Muniz all of the conditions of supervision. Ms. Muniz signed a copy of her conditions. On April 7, 2023, a transfer of jurisdiction from the District of Idaho to the Eastern District of Washington was completed.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 3**: You shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release on supervision and a maximum of five periodic drugs tests a month thereafter for the term of supervision as directed by the probation officer. The cost to be paid by both the defendant and the government based upon the defendant's ability to pay. |
| | **Supporting Evidence**: Lorensa Muniz is considered to be in violation of her supervised release by ingesting methamphetamine and amphetamine on or before May 18, 2024. |
| | On May 20, 2024, Ms. Muniz reported to the probation office as requested. During this contact, Ms. Muniz completed a drug test, which was presumptive positive for methamphetamine and amphetamine. Ms. Muniz indicated she ingested methamphetamine on May 18, 2024, and signed a drug use admission form. Confirmation was received from the national laboratory confirming her drug test on May 20, 2024, was positive for amphetamine and methamphetamine. |

Prob12C
**Re: Muniz, Lorensa Lori**
**June 4, 2024**
**Page 2**

| | | |
|---|---|---|
| 2 | | **Mandatory Condition # 3**: You shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release on supervision and a maximum of five periodic drugs tests a month thereafter for the term of supervision as directed by the probation officer. The cost to be paid by both the defendant and the government based upon the defendant's ability to pay. |

**Supporting Evidence**: Lorensa Muniz is considered to be in violation of her supervised release by ingesting methamphetamine on or before May 26, 2024.

On May 29, 2024, Ms. Muniz reported to the probation office as requested. During this contact, Ms. Muniz completed a drug test which was presumptive positive for methamphetamine and amphetamine. Ms. Muniz indicated she ingested methamphetamine on May 26, 2024, and signed a drug use admission form. The drug test report was packaged and sent to Abbott Laboratory for confirmation.

| | | |
|---|---|---|
| 3 | | **Additional Condition # 3**: The defendant shall participate in a program of testing and treatment for drug and alcohol abuse, as directed by the probation officer. The cost to be paid by both the defendant and the government based upon the defendant's ability to pay. |

**Supporting Evidence**: Lorensa Muniz is considered to be in violation of her supervised release by failing to submit to a drug screen at Merit Resource Services (Merit) on May 28, 2024.

On May 20, 2024, the substance abuse testing instructions were reviewed with Ms. Muniz. Ms. Muniz verbally acknowledged her understanding of the testing program, and was instructed to call the Merit colorline system for the color brown. When the color brown was called, Ms. Muniz was to report to Merit and submit to a drug screen. On May 29, 2024, this officer received notification from Merit that Ms. Muniz reported for urinalysis (UA) testing on May 28, 2024; however, she was not able to provide a urine sample.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   June 4, 2024

s/Maria Balles

Maria Balles
U.S. Probation Officer

Prob12C
**Re: Muniz, Lorensa Lori**
**June 4, 2024**
**Page 3**

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

Thomas O. Rice
United States District Judge

June 4, 2024
Date