PROB 12C
(6/16)

Report Date: September 5, 2024

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Sep 05, 2024**

SEAN F. McAVOY, CLERK

Name of Offender: Lorensa Lori Muniz  Case Number: 0980 2:23CR00044-TOR-1

Address of Offender: ▮  Richland, Washington 99352

Name of Sentencing Judicial Officer: The Honorable B. Lynn Winmill, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: August 26, 2020

| | | |
|---|---|---|
| Original Offense: | Distribution of Methamphetamine, 21 U.S.C. § 841(a)(1) | |
| Original Sentence: | Prison - 60 months; TSR - 48 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Michael Vander Giessen | Date Supervision Commenced: March 30, 2023 |
| Defense Attorney: | Jennifer R. Barnes | Date Supervision Expires: March 29, 2027 |

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on June 4, 2024.

On March 30, 2023, Ms. Muniz began her term of supervised release. A U.S. Probation Officer reviewed with Ms. Muniz all of the conditions of supervision. Ms. Muniz signed a copy of her conditions. On April 17, 2023, a transfer of jurisdiction from the District of Idaho to the Eastern District of Washington was completed.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Additional Special Condition # 4**: The defendant shall abstain from the use of alcohol and shall not be present in any location where alcohol is the primary item of sale. |
| | **Supporting Evidence**: Lorensa Muniz is considered to be in violation of her supervised release by consuming alcohol on or before August 11, 2024. |
| | On August 13, 2024, the undersigned spoke with Ms. Muniz via telephone and it was at that time she admitted that she had consumed alcohol on August 11, 2024. |
| | On August 15, 2024, the offender submitted a urine specimen at the U.S. Probation Office that was negative for all substances. At that time, she signed an admission of use form acknowledging use of alcohol on or about August 11, 2024. |

Prob12C
Re: Muniz, Lorensa Lori
September 5, 2024
Page 2

It is respectfully recommended that the Court incorporate the violation contained in this petition in all future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  09/05/2024

s/Maria Balles

Maria Balles
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[X]  Other

Thomas O. Rice
United States District Judge

September 5, 2024
Date