PROB 12C
(6/16)

Report Date:  April 28, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 29, 2025

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Lorensa Lori Muniz            Case Number: 0980 2:23CR00044-TOR-1

Address of Offender: ███████████████ Richland, Washington 99352

Name of Sentencing Judicial Officer: The Honorable B. Lynn Winmill, U.S. District Judge

Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: August 26, 2020

| | | |
|---|---|---|
| Original Offense: | Distribution of Methamphetamine, 21 U.S.C. § 841(a)(1) | |
| Original Sentence: | Prison - 60 months;<br>TSR - 48 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(September 18, 2024) | Prison - 17 days (time served)<br>TSR - 48 months | |
| Asst. U.S. Attorney: | Michael Louis Vander Giessen | Date Supervision Commenced: September 18, 2024 |
| Defense Attorney: | Nathan Poston | Date Supervision Expires: September 17, 2028 |

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on April 25, 2025.

On September 24, 2024, a U.S. probation officer reviewed all conditions of supervision with Ms. Muniz. She signed a copy of her judgment and sentence acknowledging an understanding of her supervised release conditions, and was provided a copy.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime. |

**Supporting Evidence**: Ms. Muniz is considered to be in violation of her supervised release for having incurred a new criminal charge of false reporting in Benton County District Court, docket 5A0280634-KWP-CN, on or about February 19, 2025.

On February 19, 2025, during a phone call with a law enforcement officer, Ms. Muniz is alleged to have reported to law enforcement that she, not her uncle, sent texts from her uncle's phone to his ex-wife, which could have constituted a violation of a protection order he had with his exwife. According to the report filed by the Kennewick Police Department,

Prob12C
**Re: Muniz, Lorensa Lori**
**April 28, 2025**
**Page 2**

within a minute of her telling law enforcement she sent the texts, she called the officer back and recanted her statement. Ms. Muniz advised officers she was dishonest in her original statement and she did not, in fact, send any texts to her uncle's wife. Ms. Muniz stated she claimed to have sent the texts to cover for her uncle after he asked her to.

At the time of the alleged offense, no charges had been filed. It was not until March 21, 2025, that the probation office became aware of the pending matter, which is currently set for a pretrial conference on May 8, 2025.

It is respectfully recommended that the Court incorporate the violation contained in this petition in all future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Executed on: | April 28, 2025 |
| | s/Ashleigh Miller |
| | Ashleigh Miller<br>U.S. Probation Officer |

## THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[ ]    Other

Thomas O. Rice
United States District Judge

April 29, 2025

Date